In the matter of the application on behalf of CORNELIA COR-
LIES EARNSHAW TATNALL and WARNER GIBBS EARN-
SHAW, JR., infants, for the sale of lands.

[Decided· May 20th, 1929.]

*Messrs. Curry & Purnell,* for the appellants.

*Mr. Morris Bloom,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-
Chancellor Ingersoll, and reported in *102 N. J. Eq. 445.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KA-
LISCH, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLEN-
NON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—PARKER, LLOYD, JJ. 2.